# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

FILED by _____ D.C.
MAR - 9 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## TRANSMITTAL LETTER

TO: UNITED STATES DISTRICT COURT
*Eastern District of New York*
*225 Cadman Plaza East, Brooklyn, NY 11201*

RE: USA v *Alan Berlin*
Our Case No. *10-8067-LRJ*

DATE: *March 9, 2010*

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

| | |
|---|---|
| _____ | Original file |
| ✗ | Certified File (pertinent papers only) |
| _____ | Magistrate Proceedings - Original Pleadings |
| _____ | CASH Bond  Amount $_____ |

(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

> UNITED STATES DISTRICT COURT
> CLERK OF COURT
> 701 CLEMATIS STREET
> WEST PALM BEACH, FLORIDA 33401

Yours sincerely

By _____

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*